# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| vs. | 2:16-CR-00294-JCM-VCF-4 |
| BONNIE MADRIGAL, | **ORDER** |
| Defendant. | |

Before the Court is the Motion to Reopen Detention Hearing (ECF No. 229).

Accordingly,

Temporary General Order 2020-05 authorizes the use of video conferencing (or telephone conferencing if video conferencing is not reasonably available) on the Motion to Reopen Detention Hearing (ECF No. 229) with the consent of the defendant after consultation with counsel.

The parties are directed to file a Joint Status Report (1) advising whether the defendant consents to proceed with the hearing as scheduled but using video conferencing, and (2) either (a) explaining why the hearing cannot be further delayed without serious harm to the interests of justice, or (b) advising whether the parties agree to a continuance, indicating the maximum length of time for such a continuance. The Joint Status Report for the hearing on the Motion to Reopen Detention Hearing (ECF No. 229) must be filed by 12:00 PM, May 18, 2020.

Accordingly,

IT IS HEREBY ORDERED that any opposition to the Motion to Reopen Detention Hearing (ECF No. 229) must be filed on or before May 8, 2020.

IT IS FURTHER ORDERED that a video conference hearing on the Motion to Reopen Detention Hearing (ECF No. 229) is scheduled for 11:00 AM, May 19, 2020, in Courtroom 4B.

The Public may access and listen to the hearing as follows:

Public telephonic participants shall call AT&T no later than five (5) minutes prior to the hearing at 1-888-273-3658, and provide Access Code 3912597.

IT IS ORDERED that defense counsel shall provide all necessary documents to Bonnie Madrigal in advance of the hearing.

IT IS FURTHER ORDERED that defense counsel shall contact the Courtroom Administrator, Jerry Ries at Jerry_Ries@nvd.uscourts.gov or (702)464-5416 with information on how Bonnie Madrigal will participate in the video conference by 12:00 PM, May 18, 2020.  Defendant will remain at Nevada Southern Detention Center.

IT IS FURTHER ORDERED that Defense/AUSA shall file any necessary signed documents at least ONE (1) Day prior to the scheduled hearing consistent with General Order 2020-05.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.

- Unauthorized users on the video conference will be removed.

IT IS SO ORDERED.

DATED this 1st day of May, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE