JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 960-4084.
marcheselaw@msn.com
Attorney for Defendant – BONNIE MADRIGAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
### * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-294-JCM |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| BONNIE MADRIGAL, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

### STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING

IT IS HEREBY STIPULATED AND AGREED by and between JESS R. MARCHESE, ESQ. Counsel for Defendant BONNIE MADRIGAL and TONY LOPEZ, Assistant United States Attorney, that sentencing currently scheduled for January 28, 2022 at 10:00 a.m., be vacated and reset to a date convenient to the court.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

-1-

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a continuance of the Sentencing Hearing of a date convenient to the court.

This is the first request for continuance filed herein.

DATED: January 26, 2022,

| | |
|---|---|
| /S/Jess Marchese | /S/Tony Lopez |
| JESS R MARCHESE, ESQ. | TONY LOPEZ |
| 601 S. Las Vegas Blvd. | Assistant United States Attorney |
| Las Vegas, Nevada 89101 | 501 Las Vegas Blvd South #1100 |
| Attorney for Defendant | Las Vegas, Nevada 89101 |

JESS R. MARCHESE, ESQ.
Nevada bar # 8175
601 S. Rancho Drive, B-14
Las Vegas, NV  89106
(702) 385-5377 Fax (702) 960-4084
marcheselaw@msn.com
Attorney for Defendant- BONNIE MADRIGAL

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-CR-294-JCM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BONNIE MADRIGAL, | ) | |
| | ) | |
| Defendant. | ) | |

### **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant has spoken to his in-custody client and she has no objection to the request for continuance.

2. Counsel for the defendant has spoken to counsel for the United States and he has no objection to the continuance.

3. Counsel for the defense has a scheduling conflict on that date and time due to being in State Court for in-custody matters.

4. For all the above-stated reasons, the ends of justice would best be served by a

continuance of the Sentencing Hearing to a date convenient to the court.

This is the first request for continuance filed herein.

**ORDER**

IT IS HEREBY ORDERED that the Hearing currently scheduled for January 28, 2022, at 10:00 a.m., be continued to the 18th day of March, 2022 at at 11:00 a.m.

DATED January 27, 2022.

_____
**U.S. DISTRICT JUDGE**